[No. 60069-9-I.   Division One.   May 12, 2008.]

SAMMY ENTERPRISES ET AL., *Appellants*, v. O.P.E.N. AMERICA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-13191-6, Michael Hayden, J., entered May 4, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Leach, JJ.

[Nos. 60266-7-I; 60264-1-I.   Division One.   May 12, 2008.]

COOPER A. DUBOIS ET AL., *Appellants*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 06-2-31234-1, Linda Lau, J., entered June 8, 2007. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer, A.C.J., and Appelwick, J.

[Nos. 35131-5-II; 35151-0-II;   Division Two.   May 13, 2008.]
35161-7-II.

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY LAMONT BRISCOE, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-01697-5, Frederick W. Fleming, J., entered July 28, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[Nos. 35702-0-II; 35846-8-II.   Division Two.   May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LISA JANE KANAMU ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-1-03569-6, Stephanie A. Arend and Beverly G. Grant, JJ., entered December 8, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Penoyar, JJ.